Case 1:03-cr-00979-KMW    Document 76    Filed 02/28/25    Page 1 of 1

**U.S. Department of Justice**



*United S...*
*Southern...*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 28, 2025

*The Jacob K...*
*26 Federal P...*
*New York, Ne...*

February 27, 2023

**MEMO ENDORSED**

<u>**BY ECF**</u>

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: ***United States v. Frank Smith Castillo*, 03 Cr. 979 (KMW), 04 Cr. 408 (KMW)**

Dear Judge Wood:

  The Government respectfully requests a one-week adjournment to file its response to the defendant's supplemental brief, which is currently scheduled for March 3, 2025. The Government is requesting this adjournment to finalize its position based on the need to consult internally to frame the issues for the Court in the most helpful manner. The Government understands that counsel for the defendant does not consent to a one-week adjournment, but would consent to an adjournment of one day. If the Court were to grant the requested adjournment, the Government consents to a reciprocal extension of the deadline for the defendant's reply, which is currently scheduled for March 10, 2025.

<div style="color:blue">

**The Government's request for a one-week extension is GRANTED. The Government's response to Castillo's supplemental motion for compassionate release is due March 10, 2025. Castillo's reply is due March 17, 2025.**

**SO ORDERED.**

**DATED: New York, New York**
  **February 28, 2025**

</div>

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:    */s/ Kimba M. Wood*
   **KIMBA M. WOOD**
  **UNITED STATES DISTRICT JUDGE**

Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Defense Counsel (by ECF)