```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 11, 2025
```

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 10, 2025

**MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Frank Smith Castillo*, 03 Cr. 979 (KMW), 04 Cr. 408 (KMW)

Dear Judge Wood:

    The Government respectfully requests a further adjournment of its deadline to file a response to the defendant's supplemental brief to March 14, 2025, the deadline for which is currently scheduled for March 10, 2025. The Government is requesting this adjournment based on the need for additional internal consultations and to finalize its response. Counsel for the defendant does not consent to the requested adjournment. If the Court were to grant the requested adjournment, the Government consents to a reciprocal extension of the deadline for the defendant's reply, which is currently scheduled for March 17, 2025.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

By: _____
    Jerry J. Fang
    Assistant United States Attorney
    Southern District of New York
    Tel. 212-637-2584

cc: Defense Counsel (by ECF)

**The Court grants the Government's request for an extension of time to March 14, 2025 to file its response to Castillo's supplemental motion for compassionate release. Castillo's reply is due March 21, 2025.**

**SO ORDERED.**

**DATED:**  New York, New York       */s/ Kimba M. Wood*
          March 11, 2025           **KIMBA M. WOOD**
                                             **UNITED STATES DISTRICT JUDGE**